Edward A. CONNOR, plff., v. COUNTY OF ERIE, deft. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment directed in favor of the defendant upon the submission, without costs. Held: If plaintiff was as he claims the de jure supervisor, still he did not occupy the office or dis-

charge its duties. His remedy to recover the salary which was paid to the de facto supervisor is against that person, and not against the County. Stemmler v. The Mayor, 179 N. Y. 473, 72 N. E. 581; Demarest v. The Mayor, 147 N. Y. 203, 41 N. E. 405; Jones v. City of Buffalo, 79 App. Div. 328, 79 N. Y. Supp. 754; affirmed 178 N. Y. 45, 70 N. E. 99. All concur.